**BRONX TOWING LINE, Inc., Libellant-Appellant, v. CONTINENTAL INSURANCE COMPANY, Respondent-Appellee.**

No. 252, Docket 22668.

United States Court of Appeals
Second Circuit.

Argued May 7, 1953.

Decided June 5, 1953.

Foley & Martin, New York City, Christopher E. Heckman, New York City, of counsel, for appellant.

Kirlin Campbell & Keating, New York City, John H. Hanrahan, Jr., New York City, of counsel, for appellee.

Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.

PER CURIAM.

The decree is affirmed on the opinion of the District Court, 108 F.Supp. 298.

**COMMONWEALTH OF MASSACHUSETTS, Division of Employment Security, Petitioner, Appellant, v. Irving WIDETT, Trustee, Respondent, Appellee.**

No. 4723.

United States Court of Appeals
First Circuit.

June 9, 1953.

Sydney Zuker, Asst. Atty. Gen. of Mass., George Fingold, Atty. Gen. of Mass., John A. Brennan, Chief Counsel, Division of Employment Security, Harry P. Levowich, Counsel, Division of Employment Security, Boston, Mass., and Stephen F. LoPiano, Jr., Asst. Atty. Gen., on brief, for appellant.

Joseph Kruger, Boston, Mass., Alan J. Dimond and Widett & Kruger, Boston, Mass., on brief, for appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

The order of the District Court is affirmed on Memorandum of Decision below. 108 F.Supp. 183.

**UNITED STATES of America, Plaintiff-Appellee, v. Morris FRIEDBERG, Defendant-Appellant.**

No. 282, Docket 22729.

United States Court of Appeals
Second Circuit.

Argued June 4, 1953.

Decided June 4, 1953.

Henry K. Chapman, New York City, for defendant-appellant.

J. Edward Lumbard, Jr., U. S. Atty. for Southern District of New York, New York City (James V. Ryan, Asst. U. S. Atty., New York City, of counsel), for plaintiff-appellee.

Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court.